UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JENNIFER RUUD,
PLAINTIFF

V.

BEYONCE GISELLE KNOWLES, D/B/A
BEYONCE;
SHAWN COREY CARTER, D/B/A
JAY-Z,
DEFENDANT'S

Case:2:12-cv-14982
Judge: Cox, Sean F.
MJ: Whalen, R. Steven
Filed: 11-09-2012 At 12:05 PM
CMP JENNIFER RUUD V BEYONCE GISELLE
KNOWLES, ET AL (LG)

UNDER 42 USC 1983
BREACH OF CONTRACT LAWSUIT

PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER

Comes Now, the Plaintiff Jennifer Ruud, in pro-se, moves this honorable court to issue an order for the defendants named in this suit to respond, This suit brought under 42 usc 1983, breach of contract, along with the Plaintiff facing imminent danger and bodily harm by defendant Beyonce, who is a American singer, song writer, dancer, and actress, along with Defedant Shawn Carter, d/b/a Jay-z. this Court has jurisdiction under 28 usc 1331 as the offenses occured in Detroit where Plaintiff lives. Plaintiff is a community organizer and was involved in " project clean " in Detroit. Plaintiff seeks $ 10, 000,000 million dollars in damages from emotion distress and custody of Blue Ivey, which plaintiff is the surrogate mother to Blue Ivey and was not compensated which was promised by the defendants.

STATEMENT OF FACTS

Jay Z, who is a American rapper, producer, and entrepreneur, along with known music performer Beyonce approached me November of 2010 and asked me to undergo a procedure known as In Vitro Fertilization. This is a process in which an egg is fertilized by sperm outside of the body. The fertilized egg is then inserted into the uterus of the surrogate for a full term pregnancy. I was told if I chose to go through with this procedure I would receive 1 million dollars, I was also told that rent, food, and all medical expenses would be covered throughout the duration of the pregnancy. I agreed, and mid April of 2011, I went through with the In Vitro procedure at the Wayne State University Network Clinic, in South Field Michigan. Jan, 8 2012, Jay Z and Beyonce flew me VIA helicopter to Lenox Hill Hospital in New York City for a scheduled cesaren section. After the C section Beyonce took her new born Blue Ivey Carter out of my hands and told me I was a "Dumb White Cracker" and that her and Jay Z had no intention of paying me for any of the expenses throughout the duration of my surrogacy. They told me they already had everything

arranged for the media to cover the birth of Blue Ivy and that if I came forward with any claims about being a surrogate, they would do everything in their power to make me look crazy. I am thousands of dollars in debt, the only end of the bargain that Jay Z and Beyonce held up was the portion where they said they would pay for rent and food up until the scheduled cesarean. They paid for a portion of the doctors bills, however, they did not pay for the bills at Lenox Hill Hospital, in New York City. I am an emotional wreck. This has caused me psychological damage. I seek 10 million dollars, or at the very least the return of Blue Ivy to me. Plaintiff respectfully prays this honorable court for relief.

Respectfully,

_____

Jennifer Ruud
2541 Field St
Detroit, Michigan 48214

Exibit #1



Picture of me , facebook Profile

Exhibit 2

me!

Case 2:12-cv-14982-SFC-RSW   ECF No. 1, PageID.5   Filed 11/09/12   Page 5 of 6



Exibit #3 Blue Ivy my precious

Jennifer Ruud
2541 Field St.
Detroit, MI
48214

Intake

RECEIVED
NOV 02 2012
CLERK'S OFFICE
DETROIT

S. District Court
31 W. Lafayette Bl
Detroit, Michigan
48226